# EXHIBIT G

# EXHIBIT G

Case 1:21-cv-01076-LJV-LGF   Document 1-7   Filed 10/01/21   Page 2 of 2



# Lipsitz Green Scime Cambria LLP

Attorneys at Law   42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Paul J. Cambria, Jr.
James T. Scime
Herbert L. Greenman
Michael Schiavone
Loraine Kelley
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey
Max Humann
Lynn M. Bochenek
Joseph L. Guza
Richard A. Maltese, Jr.
Justin D. Ginter
Erin McCampbell Paris
Jeffrey B. Novak
Lucy M. Berkman
Dale J. Bauman
Karoline R. Failos
Melissa D. Wischerath
Alexander E. Bosinski
Taylor D. Galba
Todd J. Aldinger
Christina M. Croglio
Maxwell J. Adler
Amy C. Keller

OF COUNSEL
Patrick C. O'Reilly
Joseph J. Gumkowski
George E. Riedel, Jr.

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Mark S. Carney
Robert A. Scalione

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams

¹ Also admitted in District of Columbia
² Also admitted in Florida
³ Also admitted in California
⁴ Also admitted in Illinois
⁵ Also admitted in Pennsylvania
⁶ Also admitted in New Jersey
⁷ Also admitted in Oregon
⁸ Also admitted in Massachusetts

September 9, 2020

**VIA NYSECF**

Deborah A. Chimes, J.S.C.
Erie County Supreme Court
50 Delaware Avenue – 9th Floor
Buffalo, New York 14202

Re:   *LG 60 Doe v. Town of Lancaster New York, et al.*
      Index No.:   807427/2020
      Our File No.:   67298.0001

Your Honor,

Attached is the proposed Order regarding LG 60 Doe's pseudonym application. I have submitted the proposed Order for review by defense counsel, Kevin Loftus, Esq., and Shannon O'Neil, Esq., and have received no objection to the Order as proposed. It is respectfully requested, that if the Court is in agreement, that the attached proposed Order be granted.

If anything further is needed to facilitate this request, please advise.

Respectfully,

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By: Amy C. Keller, Esq.
ACK/jf

Attachment

c(w/attachment):   Kevin Loftus, Jr., Esq. (via e-mail)
                           Shannon B. O'Neil, Esq. (via e-mail)

Writer's Extension: 439
Writer's Email: akeller@lglaw.com