UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

LG 60 DOE,

              Plaintiff,

v.

LANCASTER CENTRAL SCHOOL DISTRICT,
LANCESTER CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION,

              Defendants.
---------------------------------------------------------------

**STIPULATION TO REMAND CASE TO STATE COURT AND ORDER THEREON**

Case No.: 21-CV-1076V(F)

Plaintiff, LG 60 Doe (hereinafter "Plaintiff") and Defendants, Lancaster Central School District and Lancaster Central School District Board of Education (hereinafter "Defendants") by and through their counsel of record hereby stipulate with reference to the following facts:

1. This action was originally filed in the New York State Supreme Court, County of Erie under Index No.: 807427/2020, and Defendants removed it to federal court on or about October 1, 2021, pursuant to 28 USC §1441, 28 USC § 1331 (Federal Question) and 28 USC § 1367 (Supplemental Jurisdiction).

2. Counsel for the parties have stipulated that it is appropriate to remand this case to state court given that the Plaintiff has withdrawn, and will not pursue, all claims arising under the Constitution, laws or treaties of the United States.

WHEREFORE, the parties hereby stipulate that cause exists to remand this case to New York State Supreme Court, County of Erie Index No.: 807427/2020. Plaintiff shall file a copy of this Stipulated Order with the Erie County Clerk's office.

Dated: Buffalo, New York
January 20, 2022

Lipsitz Green Scime Cambria LLP

*/s Amy C. Keller, Esq.*
Amy C. Keller, Esq.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
akeller@lglaw.com
*Attorney for Plaintiff*
*LG 60 Doe*

Dated: Buffalo, New York
January 20, 2022

Webster Szyani LLP

Shannon O'Neill, Esq.
424 Main Street, Suite 1400
Buffalo, New York 14202
Tel.: (716) 842-2800
soneill@websterszanyi.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

LG 60 DOE,

               Plaintiff,               **ORDER**

v.                                         Case No.: 21-CV-1076V(F)

LANCASTER CENTRAL SCHOOL DISTRICT,
LANCESTER CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION,

               Defendants.
-----------------------------------------------------------------

       Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that this action is remanded back to state court (New York State Supreme Court, County of Erie Index No.: 807427/2020), and all matters currently scheduled in this federal action are taken off the calendar.

Dated: _____, 2022

                                                          Honorable Lawrence J. Vilardo
                                                          United States District Court
                                                          Western District of New York